Probation Form No. 35  
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

---

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                        Docket No. 0208 S4:15CR00445-001 (PAE)

Andrew Echevarria

On September 12, 2019, the above named was placed on Supervised Release for a period of seven (7) years. Mr. Echevarria has complied with the rules and regulations of Supervised Release, and we believe that a reduction in supervision is warranted. It is accordingly recommended that his Supervised Release be reduced by one (1) year.

Respectfully submitted,

by  _____  
Stephanie Zhang  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Andrew Echevarria be granted a one (1) year reduction in his Supervised Release term with a new maximum expiration date of September 11, 2025.

Date this  31st  day of  May  , 20  23 .

_____  
Honorable Paul A. Engelmayer  
U.S. District Judge